MORRIS v. PERKINS

No. 98 PC.

Case below: 6 N.C. App. 562.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 3 February 1970.

OLIVE v. BIGGS

No. 90 PC.

Case below: 6 N.C. App. 265.

Petition for writ of *certiorari* to North Carolina Court of Appeals allowed 3 February 1970.

QUINN v. SUPERMARKET, INC.

No. 5 PC.

Case below: 6 N.C. App. 696.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 3 February 1970.

STATE v. MACON

No. 35.

Case below: 6 N.C. App. 245.

Petition for writ of *certiorari* to North Carolina Court of Appeals allowed 11 February 1970.

STATE v. MARTIN

No. 108 PC.

Case below: 6 N.C. App. 616.

Petition for writ of *certiorari* to North Caroina Court of Appeals denied 3 February 1970.

STYRON v. SUPPLY CO.

No. 4 PC.

Case below: 6 N.C. App. 675.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 3 February 1970.